833 A.2d 112

**George JONES, Appellant**

v.

**PENNSYLVANIA DEPARTMENT OF PROBATION AND PAROLE, Appellee.**

**No. 76 WAP 2002.**

Supreme Court of Pennsylvania.

Feb. 21, 2003.

Reargument Denied April 21, 2003.

George Jones, Pittsburgh, for George Jones, Appellant.

Robert Campolongo, Harrisburg, for PA Board of Probation and Parole, Appellee.

## *ORDER*

PER CURIAM.

**AND NOW**, this 21st day of February, 2003, the above captioned appeal is quashed as untimely.